UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

K&G MEN'S COMPANY, INC.

VERSUS

LAURA CARTER, ET AL

CIVIL ACTION

NO. 10-309-JJB-SCR

**AMENDED DEFAULT JUDGMENT**

For the reasons argued, judgment is hereby amended as follows,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff K&G Men's Company, Inc. be awarded relief against defendants K&G Men's and Women's Clothing and Gloria Scott as follows:

1. K&G Men's and Women's Clothing and Gloria Scott, and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, and entities owned or controlled by K&G Men's and Women's Clothing and/or Gloria Scott, and all those in active concert and participation with K&G Men's and Women's Clothing and/or Gloria Scott, and each of them who receives notice directly or otherwise of this Order are hereby enjoined from:

    a. Using th e trade name K&G Men's and Women's Clothing;

    b. Using Plaintiff's K&G mark, or any other mark, trade name or other designation that is confusingly similar to Plaintiff's K&G mark;

    c. Verbally identifying any retail clothing business they operate as "K&G," and;

    d. Using a red and white color pattern together with the letters "K" and "G" set apart from other words, designs or logos that form a trademark, trade name, or other designation used by Defendants in connection with the rendering of retail clothing services or any other related or complementary goods or services.

2. Defendants are ordered to pay to Plaintiff attorney's fees in the amount of $19,547.90.

3. Defendants shall file with the Court and serve upon K&G's counsel, within thirty (30) days after entry of this Amended Final Default Judgment, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of this Judgment.

Signed in Baton Rouge, Louisiana, on this 15th day of November, 2010.

                                                JAMES J. BRADY, JUDGE
                                                MIDDLE DISTRICT OF LOUISIANA